IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TAMMY BARON,

       Appellant,

 v.

Case No.  5D21-3010
LT Case No. CA-18-1449

SALT LIFE RESTAURANT GROUP, LLC
D/B/A SALT LIFE FOOD SHACK AND BIG
SPLASH RESTAURANT GROUP, LLC D/B/A
SALT LIFE FOOD SHACK,

       Appellees.
_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for St. Johns County,
Kenneth J. Janesk, Judge.

Rob T. Cook, of Rob Cook Attorney
at Law, P.A., St. Augustine, for
Appellant.

Diane H. Tutt and Hinda Klein, of
Conroy Simberg, Hollywood, for
Appellee, Big Splash Restaurant
Group, LLC d/b/a Salt Life Food
Shack.

No Appearance for Remaining
Appellee.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.